Disposition of Petitions for Discretionary Review Under G.S. 7A-31

STATE v. MORRIS

No. 48.

Case below: 41 N.C. App. 164.

Defendant's notice of appeal under G.S. 7A-30 dismissed 12 July 1979. Petition for writ of certiorari to North Carolina Court of Appeals denied 19 July 1979.

STATE v. PATE

No. 167 PC.

Case below: 40 N.C. App. 580.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 12 July 1979.

STATE v. ROBINSON

No. 163 PC.

Case below: 34 N.C. App. 502.

Application by defendant for further review denied 12 July 1979.

STATE v. SPELLMAN

No. 150 PC.

Case below: 40 N.C. App. 591.

Petition by defendants for discretionary review under G.S. 7A-31 denied 12 July 1979.

STATE v. SUMLIN and STRAIN

No. 176 PC.

Case below: 40 N.C. App. 281.

Application by defendant Strain for further review dismissed 12 July 1979.